# First District Court of Appeal
## State of Florida

_____

No. 1D18-2419
_____

RONALD J. ROSEN,

  Appellant,

  v.

STATE OF FLORIDA DEPARTMENT
OF MANAGEMENT SERVICES,
DIVISION OF RETIREMENT,

  Appellee.

_____

On appeal from the Department of Management Services.
Erin Rock, Secretary.

July 2, 2019

PER CURIAM.

  AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas D. Sommerville of the Law Offices of Thomas D. Sommerville, P.A., Orlando, for Appellant.

Thomas E. Wright, Assistant General Counsel, Department of Management Services, Tallahassee, for Appellee.